CLOSED

# U.S. District Court
# Western District of Louisiana (Alexandria)
# CRIMINAL DOCKET FOR CASE #: 1:15−mj−00004−JDK−1

| | |
|---|---|
| Case title: USA v. Bryant | Date Filed: 02/03/2015 |
| Other court case number: 1:11−cr−00330 Northern District of Georgia (Atlanta) | Date Terminated: 02/03/2015 |

Assigned to: Magistrate Judge James D Kirk

### Defendant (1)

**Kevin Bryant**
*TERMINATED: 02/03/2015*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F − Supervised Release Violation | |

### Plaintiff

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/03/2015 | | | ARREST (Rule 40) of Kevin Bryant (1) for Supervised Release; pending in Northern District of Georgia (Atlanta); their Case Number 1:11−cr−00330. (crt,Bray, K) (Entered: 02/03/2015) |
| 02/03/2015 | 1 | 3 | RULE 40 or 5(c)(3) Charging Documents Received from Northern District of Georgia (Atlanta), their Case Number 1:11−cr−00330, as to Kevin Bryant (1) |

| | | | |
|---|---|---|---|
| | | | (crt,Bray, K) (1) Warrant (Sealed), (2) Docket Sheet) (Bray, K). (Entered: 02/03/2015) |
| 02/03/2015 | 2 | 12 | MINUTES for proceedings held before Magistrate Judge James D Kirk: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Kevin Bryant (1) held on 2/3/2015 (Court Reporter: Liberty Digital Recording) (crt,Bray, K) (Entered: 02/03/2015) |
| 02/03/2015 | 3 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Kevin Bryant (1). Defendant committed to Northern District of Georgia (Atlanta). Signed by Magistrate Judge James D Kirk on 2/3/2015. (crt,Bray, K) (Entered: 02/03/2015) |

VND/GA PROB 12C
(6/12)

# UNITED STATES DISTRICT COURT
## for
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 18 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Violation Report and Petition For Warrant
for Offender Under Supervision**

WD\LA
13-MJ-00004

| | |
|---|---|
| Name of Offender: Kevin Bryant | Docket No. 1:11-CR-330-TCB |
| | Under Seal |

Name of Sentencing Judicial Officer: United States District Court Judge Timothy C. Batten

Date of Original Sentence: September 30, 2012    Sentencing District: Eastern District of Missouri

Original Offense: Possession of Counterfeit Obligations and Securities/18 U.S.C. §§472 and 2

Original Sentence: 12 months and 1 day Imprisonment with 2 years of Supervised Release to follow

Type of Supervision: Supervised Release    Date Supervision Commenced: 2/24/2011

Date Jurisdiction Transferred (if applicable): 5/25/2011

Assistant U.S. Attorney: Mary Roemer    Defense Attorney: Tom Hawker

---

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

1. **Violation of Law:** On or about February 3, 2013, Bryant committed to offense of Forgery (Felony) as evidenced by his arrest that same date by the Parish of New Orleans Sheriff's Department in New Orleans, Louisiana.

2. **Violation of State Law:** On or about December 22, 2012, Bryant committed the offense of Speeding as evidenced by citation #898743 issued the same date by the South Carolina State Patrol in Greenville, South Carolina.

3. **Violation of Standard Condition #1 by leaving the district without permission:** On or about December 22, 2012, Bryant left the Northern District of Georgia without permission and traveled to Greenville, South Carolina, as evidenced by citation #898743, and by his own admission to this officer on January 10, 2013. On or about February 3, 2013, Bryant traveled to New Orleans, Louisiana, to the

FEB 13 2013

James N. Hatten, Clerk
By: _____ Deputy Clerk

"Super Bowl" as evidenced by his arrest for Forgery that same date. In addition, on January 10, 2013, Bryant admitted to this officer that he has traveled out of the district on multiple occasions to "sell tickets" at various sporting events:

> a:) On or about September 16, September 20, October 7, October 21, December 9, and December 23, 2012, Bryant traveled to Charlotte, North Carolina, to the Carolina Panthers Football Game.
>
> b:) On or about November 4 and December 17, 2012, Bryant traveled to Nashville, Tennessee, to the Tennessee Titans Football Game.
>
> c:) On or about September 8, October 6, October 20, and November 24, 2012, Bryant traveled to Clemson, South Carolina, to the Clemson Tigers Football Game.
>
> d:) On or about September 29, November 3, and November 24, 2012, Bryant traveled to Athens, Georgia, to the Georgia Bulldogs Football Game.
>
> e:) On or about January 5, 2013, Bryant traveled to Birmingham, Alabama, to the "Compass Bowl" Football game.

**4. Violation of Standard Condition #3 "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer":** Between December 29, 2011, and January 10, 2013, on numerous occasions, Bryant failed to follow the instructions of the probation officer when he continued to sell football game tickets without permission.

**5. Violation of Standard Condition #11 "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer":** Bryant did not report the traffic stop on December 22, 2012, in Greenville, South Carolina to his probation officer within seventy-two hours.

## PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

On March 1, 2012, based on traveling outside of the district without permission, a new citation for "Selling Merchandise Without a License", and illegal drug use, Your Honor signed a Petition to Modify Conditions to include that Bryant complete 120 days at the half-way house. On April 5, 2012, Bryant reported to Dismas Charities, and on August 2, 2012, he successfully completed the term of community confinement. On January 23, 2013, based on technical violations, Your Honor signed a Petition for Summons for Bryant to appear in court on March 11, 2013, to show cause why his supervised release should not be revoked. Prior to the hearing, Bryant again traveled outside of the district to New Orleans, Louisiana. He was arrested and charged with Forgery for selling counterfeit "Super Bowl" tickets.

## PETITIONING THE COURT TO:

Issue a Warrant for Kevin Bryant and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____ 2-8-13
Rana R. Riner         Date
U. S. Probation Officer

_____ 2/11/13
Beth B. Hammond       Date
Supervising U. S. Probation Officer

---

THE COURT ORDERS:

☑ The issuance of a Warrant

☐ No Action

_____
Timothy C. Batten
U. S. District Court Judge

2.12.13
Date

G

**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**
**BATON ROUGE, LOUISIANA**
**DIMINUTION OF SENTENCE**

Know All Men By These Presents: That KEVIN BRYANT B/M 02/07/1958 DOC No 00616631 an offender in the OAS-LASALLE CORRECTIONAL CTR is eligible to b released by diminution of sentence in accordance with R.S. 15:571.5 and it is ordered that the offender shall be released in the same manner as if on parole on FEBRUARY 3, 2015 .

Docket Number(s): ORL 515507

and that said offender remain within the limits of SHREVEPORT DISTRICT Probation and Parole Office until FEBRUARY 4, 2018 ; or until other action may be taken by the Committe on Parole. Said offender shall report to:

Probation and Parole Office - Address         Residence - Address

DETAINER                                       DETAINER
US MARSHALL SERVICE
300 FANNIN STREET 1202
SHREVEPORT, LA    71101
(318)-676-4203

If released for any reason prior to FEBRUARY 4, 2018 , subject is to report to PAMELA J. MORGAN, 2525 YOUREE DRIVE, SUITE 300, SHREVEPORT, LA. 71104 (318)676-7040

Be It Also Known, that this release is upon the condition that the said offender has agreed to observe and perform each and all of the conditions and directives shown below and on the back of this certificate, all of which are hereby made and agreed to be conditions precedent to his/her release:

A. AA/NA meetings _____ per week
B. Mental health evaluation and treatment
C. Substance abuse evaluation and treatment
D. Pay restitution, Victim reparation
E. Pay fines and/or costs of court
F. No contact with victim(s) or victim family
G. No contact with codefendant(s)
H. GED, Vo-Tech, or other education plan
I. Comply with treatment plans recommended
J. Curfew 10 pm to 6 am
K. Electronic Monitoring
L. Comply with Conditions of R.S. 15:574.4.2

Additional requirements applicable to sex offenders:
M. No Contact with minor children
N. Comply with conditions of R.S. 15:542, et seq
O. Comply with conditions of R.S. 15:538, et seq
P. Comply with conditions of R.S. 15:574.4.3

Q. Other: _____

BRING THIS CERTIFICATE ON INITIAL VISIT TO PROBATION AND PAROLE OFFICE

The above named subject was released on FEBRUARY 3, 2015

_Mary Ahsbland_
WARDEN

ORIGINAL-HDQ

## STATEMENT OF GENERAL CONDITIONS UNDER WHICH DIMINUTION OF SENTENCE/PAROLE SUPERVISION IS GRANTED

This Certificate of Parole shall not become operative until the following conditions are agreed to by the offender.

1. Upon release I will report no later than 48 hours to the Probation and Parole Office, Department of Public Safety & Corrections, which is listed on this Certificate.

2. I will submit a monthly report by the fifth (5th) of every month until I complete my supervision. I will report to my Parole Officer when ordered to do so.

3. I will live at the address on this Certificate. If I must move from this address, I will get permission from my Parole Officer before doing so. In addition, I will not leave the State of Louisiana without written permission from my Parole Officer.

4. I will not engage in criminal activity, nor will I associate with people who are known to be involved in criminal activity. I will avoid bars and casinos. I will refrain from the illegal use of drugs or alcohol.

5. I shall not have in my possession or control any firearms or dangerous weapons.

6. I will work at a job approved by my Parole Officer; if I become unemployed, I will immediately report this to my Parole Officer.

7. I will truthfully answer all questions directed to me by my Parole Officer.

8. I will submit myself to available medical, mental health or substance abuse exams, treatment or both, when ordered to do so by my Parole Officer. Also, I will submit to drug and alcohol screens at my own expense.

9. I agree to visits at my residence or place of employment by my Parole Officer at any time. I also agree to searches of my person, property, residence, and/or vehicle, when reasonable suspicion exists that I am or have been engaged in criminal activity.

10. I will pay supervision fees in an amount set by the Louisiana Department of Public Safety & Corrections pursuant to Louisiana Revised Statutes. Payments are due on the first day of each month.

11. I do hereby waive extradition to the State of Louisiana from any jurisdiction in or outside of the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Louisiana.

12. I understand that should my parole be revoked for any reason, I will forfeit all good time earned and/or any additional credits earned or that could have been earned on that portion of my sentence served prior to the granting of parole. I am to serve the remainder of my sentence as of the date of my release on parole.

I understand that if I am arrested while on parole, the Committee on Parole has the authority to place a detainer against me which will in effect prevent me from making bail pending disposition of any new charges. I understand all of the above conditions which have been read to me and I do solemnly promise and agree to conform to the above conditions. I understand that the Committee on Parole has authorized the imposition of Administrative Sanctions in accordance with La. R.S. 15:574.7. Additionally, I understand that under R.S. 15:754.4.2 the Committee on Parole may also require, either at the time of my release on parole or at any time while I remain under parole, that I conform to any of the conditions of parole which are appropriate to the circumstances of my particular case.

DATED: 1-26-15

WITNESSED: Lt J McFarlin

Offender Signature

Offender DOC No. 616631

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

RECEIVED

2013 FEB 13 P 3:25

WD\LA

15-MJ-00004

UNITED STATES OF AMERICA
v.
Kevin Bryant

Case Number: 1:11-CR-330-TCB

UNDER SEAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kevin Bryant and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Supervised Release Violation Petition

charging him with:

Committing the Offense of Forgery, and Traveling Outside of the District in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

/s/ Timothy C. Batten

Honorable Timothy C. Batten, Sr.
U. S. District Court Judge

Date: 2.12.13

Location: Atlanta

Bail fixed at $_____ By _____
                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# 37287-044

CM/ECF-GA Northern District Court     https://ecf.gand.uscourts.gov/cgi-bin/DktRpt.pl?125297610204862-L_1_0-1

Case 1:15-mj-00004-JDK Document 4 Filed 02/03/15 Page 9 of 13 PageID #: 20
Case 1:15-mj-00004-JDK Document 1-2 Filed 02/03/15 Page 1 of 3 PageID #: 7

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:11-cr-00330-TCB-1

| | |
|---|---|
| Case title: USA v. Bryant | Date Filed: 06/27/2011 |
| Other court case number: 4:10CR215CDP USDC ED of Missouri | Date Terminated: 06/27/2011 |

Assigned to: Judge Timothy C. Batten, Sr

**Defendant (1)**

**Kevin Bryant**  represented by  **Kevin Bryant**
*TERMINATED: 06/27/2011*              2253 Cherokee Valley Dr
                                       Lithonia, GA 30058
                                       PRO SE

                                       **Thomas L. Hawker**
                                       Federal Defender Program Inc.-Atl
                                       Suite 1500, Centennial Tower
                                       101 Marietta Street, NW
                                       Atlanta, GA 30303
                                       404-688-7530
                                       Fax: 404-688-0768
                                       Email: tom_hawker@fd.org
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*
                                       *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:472 and 2 PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES (1) | CBOP 12 MONTHS and 1 DAY. 2 YEARS Supervised Release. $100 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

CM/ECF-GA Northern District Court https://ecf.gand.uscourts.gov/cgi-bin/DktRpt.pl?125297610204862-L_1_0-1

Case 1:15-mj-00004-JDK Document 1-2 Filed 02/03/15 Page 2 of 3 PageID 21
Case 1:15-mi-00004-JDK Document 4 Filed 02/03/15 Page 10 of 13 PageID #: 21

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Mary Christine Roemer**<br>Office of United States Attorney<br>Northern District of Georgia<br>75 Spring Street, S.W.<br>600 United States Courthouse<br>Atlanta, GA 30303<br>404-581-6000<br>Email: mary.roemer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2011 | 1 | TRANSFER OF JURISDICTION for Supervision of Releasee Kevin Bryant. Received certified copies of indictment, judgment and docket sheet from USDC ED of Missouri, previous case# 4:10CR215CDP. (Attachments: # 1 Indictment, # 2 Judgment and Commitment, # 3 Docket Sheet)(rvb) (Additional attachment(s) added on 6/30/2011: # 4 Letter) (rvb). (Entered: 06/30/2011) |
| 03/02/2012 | 2 | Petition and Order to Modify Conditions of Supervised Release as to Kevin Bryant. Signed by Judge Timothy C. Batten, Sr on 3/1/2012. (adg) (Entered: 03/02/2012) |
| 01/23/2013 | 3 | Petition and Order to Show Cause why Supervised Release should not be Revoked as to Kevin Bryant. Hearing re Revocation of Supervised Release set for 3/11/2013 at 10:00 AM in ATLA Courtroom 2106 before Judge Timothy C. Batten Sr. Signed by Judge Timothy C. Batten, Sr. on 1/22/2013. (jtj) (Entered: 01/23/2013) |
| 01/23/2013 | | Attorney update in case as to Kevin Bryant. Attorney Mary Christine Roemer for USA added. (dfb) (Entered: 02/21/2013) |
| 01/24/2013 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Thomas L. Hawker for Kevin Bryant. Signed by Magistrate Judge Janet F. King on 1/24/2013. (jtj) (Entered: 01/25/2013) |
| 01/24/2013 | 5 | CJA 23 Financial Affidavit by Kevin Bryant. (jtj) (Entered: 01/25/2013) |
| 02/13/2013 | | Document 6 is sealed. (aaq) (Entered: 02/14/2013) |

CM/ECF-GA Northern District Court    https://ecf.gand.uscourts.gov/cgi-bin/DktRpt.pl?125297610204862-L_1_0-1

Case 1:15-mi-00004-JDK Document 4 Filed 02/03/15 Page 11 of 13 PageID #: 22
Case 1:15-mj-00004-JDK Document 1-2 Filed 02/03/15 Page 3 of 3 PageID 9

| 02/26/2013 | | REMARK as to Kevin Bryant re 3 Petition and Order to Show Cause why Release/Probation should not be Revoked. Hearing set for 3/11/13 at 10:00 am in courtroom 2106 is hereby CANCELLED. (jgs) (Entered: 02/26/2013) |
| --- | --- | --- |
| 05/21/2013 | 7 | Request for Leave of Absence for the following date(s): June 7-17, 2013, by Thomas L. Hawker. (Hawker, Thomas) (Entered: 05/21/2013) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 02/03/2015 16:46:54 | | | |
| **PACER Login:** | us4175:2653549:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cr-00330-TCB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION
In Alexandria

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 15-mj-0004** |
| vs. | **JUDGE DRELL** |
| **KEVIN BRYANT** | **MAGISTRATE JUDGE KIRK** |

## MINUTES OF COURT
*(INITIAL APPEARANCE)*

Date: February 3, 2015　　　　　　　　　　　Presiding: Mag. Judge Kirk
Court Opened: 11:10 a.m.　　　　　　　　　Courtroom Deputy: Yvonna Tice
Court Adjourned: 11:20 a.m.　　　　　　　**Statistical Time: 00:15**
Recorded: Liberty Digital

**APPEARANCES**
 Kevin Bryant, defendant

**INITIAL APPEARANCE ON**  _X_  Violation of Probation/Supervised Release
 _X_ Defendant Sworn
 _X_ Defendant Advised of Charges, Maximum Penalties & Rights
 _X_ Defendant remains in custody upon Order of Commitment to Another District

**FILINGS:**
 _X_ Commitment to Another District (AO94)

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:15-mj-00004 |
| | ) | |
| Kevin Bryant | ) | Charging District's |
| Defendant | ) | Case No. 1:11-cr-330-TCB |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Northern___ District of ___Georgia___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
                ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  February 3, 2015

*Judge's signature*

JAMES D. KIRK, U.S. MAGISTRATE JUDGE
*Printed name and title*